**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| KEITH E. SONDERLING[1], | ) | |
| ACTING SECRETARY OF LABOR, | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:23-cv-96 |
| v. | ) | |
| | ) | |
| MIDORI JAPANESE CUISINE INC., | ) | |
| And DINAH AGUSTIN, Individually, | ) | |

CERTIFICATE OF PAYMENT

Plaintiff certifies that the monetary portion of the judgment issued herein on June 15, 2023, has been satisfied by the payment by Defendants of $5,493.46.

Respectfully submitted,

Jonathan Berry
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert Van Wijk
Associate Regional Solicitor

/s/Elaine M. Smith
Elaine M. Smith
Counsel for Safety and Health

Bar # 69352 (MO)
U.S. Department of Labor
2300 Main, Suite 10100
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)

[1] Petitioner, the Acting Secretary of Labor for the United States Department of Labor, files this Notice to inform the Court that this action was filed in the name of Julie Su, Acting Secretary of the Department of Labor. However, Ms. Su is now the former Acting Secretary of Labor and Keith E. Sonderling is now the Acting Secretary. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Mr. Sonderling should be automatically substituted for Ms. Su as the Petitioner, and the caption of this action should be amended accordingly.

Smith.Elaine.M@dol.gov

*Attorneys for Plaintiff, Keith E. Sonderling, Acting Secretary of Labor, United States Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that on the 24th of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent by postal mail and electronic mail to the following:

Midori Japanese Cuisine, Inc.
2106 William Street, Suite 300
Cape Girardeau, MO 63703

Dinah Agustin
President/Owner of Midori Japanese Cuisine
yuddi_38671@yahoo.com

Defendants

/s/Elaine M. Smith
Elaine M. Smith